# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| v.  Plaintiff(s) | CASE NUMBER: _____ |
| Defendant(s). | **NOTICE OF MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for _____ at _____   ☐ a.m. / ☐ p.m.

**LOCATION:** _____

---

**The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

---

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** _____

**Panel Mediator:** _____

**Address:** _____

_____

**Phone:** _____