ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**MICHAEL SMITH**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>         Plaintiff,<br><br>    v.<br><br>116 S MARKET LLC, a California limited liability company; and Does 1 - 10,<br><br>         Defendants. | Case No.: 2:19-cv-05562-DMG-PLA<br><br>**Civil Rights**<br><br>**PLAINTIFF'S [PROPOSED] VOIR DIRE QUESTIONS**<br><br>Trial Date:         April 21, 2020<br><br>Honorable Judge Dolly M. Gee |

///
///
///
///
///
///
///

PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's request, Plaintiff Michael Smith hereby submits his proposed questions for use during the voir dire portion of jury selection[1]:

1. Do you believe that disabled persons in wheelchairs are entitled to the same rights and freedoms as able bodied people?

2. Do you believe that disabled persons should be treated like second class citizens?

3. Do you believe that disability access laws that make it unlawful to deny disabled persons access are good or bad for society?

4. How would you feel if a business owner denied you access to his property based on one of your physical attributes?

5. How do you think disabled people in wheelchairs feel when they attempt to go to a business but they can't get in because it is architecturally not accessible?

6. How do you feel about businesses that don't follow disability access laws?

7. Do you think that it is right to enforce laws differently on people or businesses?

8. Do you think it is fair that individuals are strictly held to following the law, but then some businesses openly flaunt their refusal to follow the law?

9. Do you own millions of dollars worth of commercial real estate?

---

[1] Defendant has not contributed any information or documents to the required pre-trial filings, or attempted to participate in their preparation in any manner whatsoever. Plaintiff believes that Defendant's failure to participate is deliberate and with the expectation that the Court will continue the trial date.

PROPOSED VOIR DIRE QUESTIONS

10. Does anyone in your family own millions of dollars worth of commercial real estate?

11. Do you think it is better for wheelchair bound gunshot victims to use legally acquired medicinal marijuana or prescription opioid medication for their pain and anxiety?

12. Are you familiar with a business called the "Highspot Collective" located in Inglewood, California?

13. Are you or any members of your family acquainted with any of the following people: Andrii Ivanchenko, Sean Barry, John Tilley, Melissa Daugherty of Lewis Brisbois or Brianne Flores of Lewis Brisbois?

14. Do you have prior experience with court proceedings?
   a. Have you ever been party to a lawsuit?
   b. Have you ever been a witness in a lawsuit?
   c. Have you ever served on a jury? What court, when, the type case, the outcome, and whether you were the foreperson

15. Have you or anyone in your household ever been a party to lawsuit alleging discrimination?
   a. Were you a plaintiff or defendant?
   b. What were the allegations?
   c. Who was it against?
   d. What was the outcome?

16. What do you know about the Americans with Disabilities Act ("ADA")?
   a. What do you know its purpose?
   b. How it is enforced?
   c. What obligations do businesses have to comply with the ADA?

PROPOSED VOIR DIRE QUESTIONS

17. Are you or any member of your household a person with a physical disability?

18. Have you or any member of your household ever encountered discrimination because of your race, sex, gender or disability?

19. Is there anything about the nature of this case that would prevent you from being able to review the evidence presented in a fair and impartial manner?

    a. Do you believe you or your family may be affected in any way by the outcome of the case?

    b. Do you believe you can give both sides a fair trial?

    c. At the end of the case the judge will give you instructions on the law that will govern deliberations. As a juror, you are required to follow those instructions, even if you do not agree with them. Would you be unable or unwilling to follow the law given to you by the court, if you disagreed with the judge's instructions?

THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: /s/Anoush Hakimi
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Michael Smith

PROPOSED VOIR DIRE QUESTIONS